## WILLIAM BEATTIE *versus* GEORGE HANSCOM

JOURNAL ENTRIES (1824–25): *Journal 3:* (1) Motion for rule to make return to certiorari or to show cause, granted *p. 483; (2) motion to quash certiorari *p. 505. *Journal 4:* (3) Certiorari quashed, judgment for costs MS p. 59.

PAPERS IN FILE: (1) Affidavit and petition for certiorari, allowance; (2) writ of certiorari; (3) motion for rule to make return to certiorari; (4) notice of rule to make return; (5) affidavit of service of certiorari; (6) return to certiorari; (7) motion to quash certiorari; (8) assignment of errors, joinder in error.

*1824–36 Calendar*, MS p. 28.

## CONRAD TEN EYCK *versus* FRANCIS AUDRAIN

JOURNAL ENTRIES (1824–25): *Journal 3:* (1) Rule for bail or procedendo *p. 484. *Journal 4:* (2) Plea withdrawn, nil dicit MS p. 13.

PAPERS IN FILE: (1) Precipe for habeas corpus; (2) writ of habeas corpus and return; (3) declaration; (4) plea of non assumpsit; (5) withdrawal of plea; (6) stipulation for allowance of payments, etc., proved to the satisfaction of the clerk; (7) assessment of damages by the clerk; (8) promissory note; (9) writ of ca. sa. and return.

*1824–36 Calendar*, MS p. 30. Recorded in *Book B*, MS pp. 478–80.